UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT LUTHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS & REHABILITATION,<br>et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1442 DB P<br><br><br>ORDER |

　　　　Plaintiff, an inmate presently incarcerated at the East Mesa Reentry Facility in San Diego, California, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has also filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

　　　　The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action

1

| | |
|---|---|
| 1 | is situated, or (3) if there is no district in which an action may otherwise be brought as provided in |
| 2 | this action, any judicial district in which any defendant is subject to the court's personal |
| 3 | jurisdiction with respect to such action." 28 U.S.C. § 1391(b). |
| 4 | In this case, the claim arose in San Diego County, which is in the Southern District of |
| 5 | California. (See ECF No. 1 at 1.) Therefore, plaintiff's claim should have been filed in the |
| 6 | United States District Court for the Southern District of California. In the interest of justice, a |
| 7 | federal court may transfer a complaint filed in the wrong district to the correct district. See 28 |
| 8 | U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974). |
| 9 | Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United |
| 10 | States District Court for the Southern District of California. |
| 11 | Dated: August 1, 2019 |

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/luth1442.21